**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
gpoulos@cwghp.com
Brooke L. Dupre (SBN 260072)
bdupre@cwghp.com
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
FREEMAN DECORATING SERVICES, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN DECORATING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTION PURSUIT GROUP, LLC, CARY FLOYD, DIGITAL AGE MOTORSPORTS, LLC, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Case No.: SA CV09-0445-DOC(RNBx) <br><br> **JUDGMENT AGAINST DIGITAL AGE MOTORSPORTS, LLC** |

## JUDGMENT

Based upon the Stipulation for Entry of Judgment against Digital Age Motorsports, LLC, Judgment is hereby entered in favor of Plaintiff Freeman Decorating Services, Inc. and against Defendant Digital Age Motorsports, LLC in the principal amount of Forty-Five Thousand Dollars and No Cents ($45,000.00). Interest at the legal rate of ten percent (10%) per annum shall accrue on the judgment from the date of this Judgment until the date of satisfaction.

///

///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

FDS.Action Pursuit Group/2694

1     This Court retains jurisdiction to enforce the terms of the settlement.

2     IT IS SO ORDERED.

3

4

5 Dated: August 20, 2010            By: _David O. Carter_____
                                                                     Judge David O. Carter

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

FDS.Action Pursuit Group/2694