COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Brooke L. Dupre (SBN 260072)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
FREEMAN DECORATING SERVICES, INC.

NOTE: CHANGES MADE TO
THIS DOCUMENT
(HEARING DATE)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN DECORATING SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACTION PURSUIT GROUP, LLC, CARY FLOYD, DIGITAL AGE MOTORSPORTS, LLC, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: SA CV09-0445-DOC(RNBx)<br><br>**ORDER TO SHOW CAUSE IN RE CONTEMPT**<br><br>Date: July 18, 2011<br>Time: 8:30 am<br>Dept: 9D |

**TO DIGITAL AGE MOTORSPORTS, LLC:**

YOU ARE ORDERED to appear before this Court on **July 18, 2011, at 8:30 a.m.,** at the courtroom of Department 9D at 411 W. Fourth Street, Santa Ana, California to show cause why you should not be adjudged in contempt of court and punished accordingly for willfully disobeying the order of this Court made and entered on January 24, 2011, as more fully described in the attached declaration of Gregory W. Poulos.

///

IT IS ORDERED that the service of this order to show cause and a copy of the declaration of Gregory W. Poulos in support of this order be made on you at least ten (10) days before the date and time set for the hearing on this order to show cause.

Dated: May 31, 2011                By: _____
                                   Judge David O. Carter